UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WILLIAM SAMUEL LOIRY, | ) | Case No. 11-50466-KKS |
| | ) | |
| Debtor. | ) | Chapter 7 |
| _____ | ) | |
| | | |
| GUY G. GEBHARDT, | ) | |
| ACTING UNITED STATES TRUSTEE, | ) | |
| REGION 21, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding |
| vs. | ) | No. 11-05038 |
| | ) | |
| WILLIAM SAMUEL LOIRY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION FOR WAIVER OF DISCHARGE

Plaintiff and Defendant, by and through their respective undersigned counsel, stipulate and agree to the entry of an order denying the discharge in accordance with 11 U.S.C. §727(a)(10), and in support thereof state:

1.  The Defendant, William Samuel Loiry, (herein "Defendant" or "Loiry"), filed a voluntary Chapter 7 bankruptcy petition in the Panama City Division of the Northern District of Florida on September 2, 2011, Case No. 11-50466-KKS.

2. The Plaintiff, Guy G. Gebhardt, Acting United States Trustee for Region 21, (herein "Plaintiff" or "United States Trustee"), filed a Complaint under 11 U.S.C. §727(a) seeking the denial of the Defendant's chapter 7 discharge (docket no.1) on December 19, 2011, Adversary Proceeding No. 11-05038.

3. The Plaintiff and Defendant agree to the entry of an order denying the discharge in accordance with the provisions of 11 U.S.C. §727(a)(10).

4. The entry of an Order denying the discharge based on this waiver of discharge by the Defendant is without any finding or admission of wrongdoing or of any specific fact, act, or omission by the Defendant, and the entry of such an order may not be used as evidence or proof of any finding or admission of wrongdoing or of any specific fact, act, or omission by the Defendant in any proceeding in any court.

5. The signature of the Defendant below complies with the requirement of 11 U.S.C. §727(a)(10) for court approval of "a written waiver of discharge executed by the debtor after the order for relief " in a chapter 7 case.

6. Each party agrees to bear and be responsible for his respective costs and attorney's fees, if any, in connection with this adversary proceeding.

[remainder of page intentionally blank]

RESPECTFULLY SUBMITTED, this the 17th day of May, 2013.

| | |
|---|---|
| Guy G. Gebhardt | William Samuel Loiry |
| Acting United States Trustee, Region 21 | Defendant |
| Plaintiff | |
| | |
| /S/ CHARLES F. EDWARDS | /S/ JOHN M. SHOREMAN |
| Charles F. Edwards | John M. Shoreman |
| Assistant United States Trustee | McFADDEN & SHOREMAN |
| 110 East Park Avenue, Suite 128 | 1050 Connecticut Avenue, NW |
| Tallahassee, FL 32301 | Washington, DC 20036 |
| 850-942-1660 | 202-772-3188 |
| FAX: 850-942-1669 | FAX: 202-204-8910 |
| Florida Bar No. 270032 | D.C. Bar No. 407626 |
| charles.edwards@usdoj.gov | jmshoreman@verizon.net |
| Counsel for Plaintiff | Counsel for Defendant |
| | |
| | /S/ WILLIAM SAMUEL LOIRY |
| | William Samuel Loiry |
| | Defendant |