RESPECTFULLY SUBMITTED, this the 22nd day of March, 2013.

Guy G. Gebhardt
Acting United States Trustee, Region 21
Plaintiff

William Samuel Loiry
Defendant

/S/ CHARLES F. EDWARDS
Charles F. Edwards
Assistant United States Trustee
110 East Park Avenue, Suite 128
Tallahassee, FL 32301
850-521-5050
FAX: 850-521-5055
Florida Bar No. 270032
charles.edwards@usdoj.gov
Counsel for Plaintiff

/S/ JOHN M. SHOREMAN
John M. Shoreman
McFADDEN & SHOREMAN
1050 Connecticut Avenue, NW
Washington, DC 20036
202-772-3188
FAX: 202-204-8910
D.C. Bar No. 407626
jmshoreman@verizon.net
Counsel for Defendant

/S/ WILLIAM SAMUEL LOIRY
William Samuel Loiry
Defendant